## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELO CASTIGLIOLA | No.  1:23-mj-00233-JCN |

## CRIMINAL COMPLAINT

I, Andrew Drewer, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
### (Making Repeated Telephone Calls with Intent to Harass)

From about July 16, 2023 through August 3, 2023, within the District of Maine, defendant,

**Angelo Castigliola**

made repeated telephone calls or repeatedly initiated communication with a telecommunications device, during which conversation or communication ensued, solely to harass a specific person. Specifically, Castigliola repeatedly called and left harassing voicemails for K.G., and sent harassing text messages to K.G., all on her personal cell phone.

In violation of Title 47, United States Code, Section 223(a)(1)(E).

1

## COUNT TWO
### (Transmitting Threatening Interstate Communication)

On about July 28, 2023, in the District of Maine, the defendant,

**Angelo Castigliola**

knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another. Specifically, Castigliola left a voicemail for M.G. threatening to kill her three daughters and rape her two minor granddaughters.

In violation of Title 18, United States Code, Section 875(c).

This Complaint is based on those facts which are set forth in my affidavit of August 14, 2023, which is attached hereto and incorporated herein by reference.

*[signature]*
Andrew Drewer, Special Agent
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Aug 14 2023

City and state: Portland, Maine

*[signature]* Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title

2