# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:23-mj-06410-MPK-1

---

Case title: USA v. Castigliola                     Date Filed: 08/15/2023

---

Assigned to: Magistrate Judge M. Page
Kelley

**Defendant (1)**

**Angelo Castigliola**                 represented by   **Cara McNamara**
Federal Public Defender Office
District of Massachusetts
51 Sleeper Street
5th Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: cara_mcnamara@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 47 U.S.C. § 223(a)(1)(E) and transmitting a threatening interstate communication in violation of 18 U.S.C. § 875(c). | |

---

**Plaintiff**

**USA**                                             represented by **Benjamin Saltzman**
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3147
Email: benjamin.saltzman2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Email All Attorneys |
| Email All Attorneys and Additional Recipients |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/15/2023 | 1 | ELECTRONIC NOTICE of Case Assignment as to Angelo Castigliola; Magistrate Judge M. Page Kelley assigned to case. (DaSilva, Carolina) (Entered: 08/15/2023) |
| 08/15/2023 |  | Arrest (Rule 5) of Angelo Castigliola (Vieira, Leonardo) (Entered: 08/15/2023) |
| 08/15/2023 | 2 | RULE 5 AFFIDAVIT by USA as to Angelo Castigliola by Affiant Andrew Drewer (Vieira, Leonardo) (Entered: 08/15/2023) |
| 08/15/2023 | 3 | ELECTRONIC NOTICE OF HEARING as to Angelo Castigliola Initial Appearance - Rule 5 set for 8/15/2023 04:30 PM in Courtroom 24 (In person only) before Magistrate Judge M. Page Kelley. (Entered: 08/16/2023) |
| 08/15/2023 | 4 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Initial Appearance in Rule 5(c)(3) Proceedings as to Angelo Castigliola held on 8/15/2023. The Court advised the defendant of his rights and the charges against him. A rule 5 affidavit was submitted. FBI Special Agent Andrew Drewer was sworn in and attested to the arrest warrant. The Court appointed attorney Cara McNamara to represent the defendant. The government stated the maximum penalties and moved for detention. The defendant waived his rights to an identity hearing and the court finds the waiver knowing and voluntary and finds that the defendant is the same person named in the complaint and arrest warrant. The defendant also waived his right to a probable Cause Hearing in this district and the court finds the waiver knowing and voluntary. The defendant requested to have a detention hearing in this district. Parties to reach out to the emergency duty Judge to schedule a dentition hearing. A rule 20 colloquy was given. The defendant was remanded to the custody of the USMS.(Attorneys present: McNamara, Saltzman, Curran PO.) Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (Vieira, Leonardo) Modified on 8/16/2023 to fix docket text (Vieira, Leonardo). (Entered: 08/16/2023) |
| 08/15/2023 | 6 | Rule 5(c)(3) Documents Received as to Angelo Castigliola (Vieira, Leonardo) (Entered: 08/16/2023) |
| 08/16/2023 | 5 | ELECTRONIC NOTICE OF HEARING as to Angelo Castigliola Detention Hearing set for 8/17/2023 at 12:15 PM in Courtroom 25 (In person only) before Magistrate Judge Paul G. Levenson. (Dumoulin, Rose) (Entered: 08/16/2023) |

| 08/17/2023 | 7 | Assented to MOTION *TO WAIVE DETENTION HEARING* as to Angelo Castigliola. (McNamara, Cara) (Entered: 08/17/2023) |
|---|---|---|
| 08/17/2023 | 8 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Paul G. Levenson: Detention Hearing as to Angelo Castigliola held on 8/17/2023. The defendant waived his right to a detention Hearing in this district rather consenting to voluntary detention without prejudice and requesting to have the detention hearing held in the charging district. The Court reminded the government of its obligations under Rule 5 (f). The defendant was remanded to the custody of the USMS. An order for removal will be issued. (Attorneys present: Atty McNamara and AUSA Saltzman)Court Reporter Name and Contact or digital recording information: Digital Recording. To order a copy of this Digital Recording, please email the Court at https://forms.mad.uscourts.gov/Audio.html . For a transcript of this proceeding, contact the Court by email at mad_transcripts@mad.uscourts.gov. (Dumoulin, Rose) (Entered: 08/17/2023) |
| 08/17/2023 | 9 | Magistrate Judge Paul G. Levenson: ORDER entered RE: Rule 5(f) as to Angelo Castigliola (Dumoulin, Rose) (Entered: 08/17/2023) |
| 08/17/2023 | 10 | Magistrate Judge Paul G. Levenson: ORDER entered RE: Order of removal as to Angelo Castigliola (Dumoulin, Rose) (Entered: 08/17/2023) |
| 08/17/2023 | 11 | Magistrate Judge Paul G. Levenson: ELECTRONIC ORDER entered granting 7 Motion to waive detention hearing as to Angelo Castigliola (1) (Dumoulin, Rose) (Entered: 08/17/2023) |