UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA,      )
                                              )
v.                                )        1:23-mj-00233-LEW
                                              )
ANGELO CASTIGLIOLA,        )
                                              )
             Defendant      )

## ORDER OF TEMPORARY DETENTION

Defendant appeared before this Court on August 24, 2023, for an initial appearance on a complaint. Pursuant to 18 U.S.C. § 3142(f)(1)(D), the Government moved for detention pending trial. The Court informed Defendant of his rights to a preliminary hearing and to a hearing on the issue of his continued detention. Defendant waived his right to a preliminary hearing but requested a hearing on the issue of detention.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on August 29, 2023 at 1:00 p.m., for a hearing on the issue of detention or release.

/s/Lance E. Walker
U.S. District Judge

Dated this 25th day of August, 2023.