UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. ANGELO CASTIGLIOLA

DOCKET NO:  1:23-mj-00233-LEW

PROCEEDING TYPE: Detention Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Audio Recording | 8/29/2023 | 8/29/2023 | Y | 8/29/2023 |
| 2 | | | Audio Recording | 8/29/2023 | 8/29/2023 | Y | 8/29/2023 |
| 3 | | | Audio Recording | 8/29/2023 | 8/29/2023 | Y | 8/29/2023 |
| 4 | | | Audio Recording | 8/29/2023 | 8/29/2023 | Y | 8/29/2023 |
| 5 | | | Audio Recording | 8/29/2023 | 8/29/2023 | Y | 8/29/2023 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |