UNITED STATES OF AMERICA
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | 1:23-mj-00233-LEW |
| ) | |
| ANGELO CASTIGLIOLA,        ) | |
| ) | |
| Defendant                 ) | |

**ORDER OF DETENTION PENDING TRIAL**

On August 29, 2023, the Court conducted a hearing on the Government's Motion for Detention. (ECF No. 8.) Based on the information presented during the hearing, for the reasons stated on the record, after consideration of the factors set forth in 18 U.S.C. § 3142(g), the Court finds by clear and convincing evidence that there are no conditions or combination of conditions that will reasonably assure the appearance of the defendant or the safety of any other person and the community. As stated on the record, the persuasive evidence includes, but is not limited to, the nature and number of the threats made and the Defendant's personal history and characteristics.

Therefore, it is ORDERED that Defendant be detained pending trial, subject to Defendant's right to request that the Court reopen the detention hearing in accordance with 18 U.S.C. § 3142.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States marshal for the purposes of an appearance in connection with a court proceeding.

/s/ Lance E. Walker
U.S. District Judge

Dated this 31st day of August, 2023.