IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

United States of America

v.                          No. 1:23-mj-00233-LEW

Angelo Castigliola

**Certificate of Service**

On this day, August 31, 2023, I served an electronic copy of my entire file in the above-styled case to successor counsel, Mr. Scott Hess, by sending him an e-mail, to the address on file with the Maine Board of Bar Overseers, containing the information he needs to access the file.

                                             Respectfully submitted,

                                             <u>/s/ Jamesa J. Drake</u>
                                             Jamesa J. Drake
                                             Drake Law LLC
                                             P.O. Box 56
                                             Auburn, ME 04212
                                             (207) 330-5105

Service via CM/ECF